UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON WILLIAMS,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL A. PARAMO,<br><br>    Respondent. | Case No. CV 17-7622 JAK (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge (Docket No. 44) ("Report"), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered denying the Petition on the merits with prejudice.

DATED: December 6, 2018

                                                JOHN A. KRONSTADT
                                              United States District Judge