UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMON WILLIAMS, | ) | No. CV 17-7622 JAK (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL A. PARAMO, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied on the merits with prejudice.

DATED: December 6, 2018

_____
JOHN A. KRONSTADT
United States District Judge